# IN THE SUPREME COURT OF THE STATE OF NEVADA

CARSON NUGGET, INC., A NEVADA LIMITED LIABILITY COMPANY, D/B/A CARSON NUGGET; GOLD DUST CARSON CITY, LLC, D/B/A GOLD DUST WEST CASINO, A DELAWARE LIMITED LIABILITY COMPANY; CASINO FANDANGO, L.L.C., A NEVADA LIMITED LIABILITY COMPANY, D/B/A CASINO FANDANGO,

Appellants,

vs.

BOARD OF SUPERVISORS OF THE CONSOLIDATED MUNICIPALITY OF CARSON CITY; AND SILVER BULLET OF NEVADA, LLC, D/B/A SILVER BULLET, A NEVADA LIMITED LIABILITY COMPANY,

Respondents.

No. 73797

FILED

NOV 07 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

17-38112

cc: Hon. James E. Wilson, District Judge
Lewis Roca Rothgerber Christie LLP/Reno
Lewis Roca Rothgerber Christie LLP/Phoenix
Carson City District Attorney
Kaempfer Crowell/Reno
Carson City Clerk